# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3231
_____

Denicia V. Roberts

*Plaintiff - Appellant*

v.

Mark Berry, Major General, individually and in his official capacity as Former
Adjutant General of the Arkansas Military Department; Mark McKinnon,
Individually and in his official capacity as a Departmental Supervisor in and for
the Arkansas Military Department; Arkansas Military Department; Scott Stanger,
Individually, and in his official capacity as a Quality Assurance/Policy Maker for
the Arkansas Military Department; Michelle Young-Hobbs, Individually, and in
her official capacity as the Human Resource Administrator for the Arkansas
Military Department

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: February 7, 2025
Filed: February 28, 2025
[Unpublished]
_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Denicia Roberts appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. See Collins v. Kansas City Mo. Pub. Sch. Dist., 92 F.4th 770, 771 (8th Cir. 2024) (reviewing grant of summary judgment de novo).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Kristine G. Baker, Chief Judge, United States District Court for the Eastern District of Arkansas.